UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JOHN T. BENNETT | CIVIL ACTION NO. 06-0354-A |
| -vs- | JUDGE DRELL |
| STATE FARM INSURANCE COMPANY | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, considering the lack of objections thereto, and concurring with the magistrate judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's Motion to Remand (Doc. No. 7) is DENIED.

SIGNED on this 7th day of December, 2006, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge